UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2003 DEC 12  P 3: 16

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| FIRST ACT INC. | )<br>)<br>) |
| Plaintiff | )<br>) |
| v. | ) Civil Action No. _____<br>) |
| KIDZ TOYZ, INC. and<br>CHRISTMAS TREE SHOPS, INC. | ) 03-12507<br>)<br>) |
| Defendants | ) |

### FIRST ACT'S MOTION FOR PRELIMINARY INJUNCTION

Plaintiff, First Act Inc., moves for a preliminary injunction against Kidz Toyz, Inc. and Christmas Tree Shops, Inc. to prohibit them from further infringing First Act's trade dress and engaging in unfair competition in relation to First Act's Junior Quartet product, a musical instrument play set. In support of its motion, First Act relies on a memorandum of law and the declarations of Mark S. Izen and Jay Macken, attached as exhibits A and B thereto.

A proposed Order of this Court is attached herewith as Exhibit 1.

FIRST ACT INC.

By its attorneys,

Joel R. Leeman (BBO # 292070)
Erik Paul Belt (BBO# 558620)
BROMBERG & SUNSTEIN LLP
125 Summer Street
Boston, MA 02110-1618
Telephone: (617) 443-9292

Dated: December 12, 2003
284170