UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2003 DEC 12 P 3: 16

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| FIRST ACT INC. )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>KIDZ TOYZ, INC. and )<br>CHRISTMAS TREE SHOPS, INC. )<br>)<br>Defendants )<br>) | Civil Action No. _____<br><br>03-12507 EFH |

### FIRST ACT'S LOCAL RULE 7.3 STATEMENT

As required by Local Rule 7.3, plaintiff First Act Inc. states as follows:

1. First Act Inc. is a privately held company. It has no parent company.

2. No publicly held company owns 10% or more of First Act Inc.'s stock.

FIRST ACT INC.

By its attorneys,

_____
Joel R. Leeman (BBO # 292070)
Erik Paul Belt (BBO# 558620)
BROMBERG & SUNSTEIN LLP
125 Summer Street
Boston, MA 02110-1618
Telephone: (617) 443-9292

Dated: December 12, 2003
02202/00505 284970.1