# United States District Court

DISTRICT OF **MASSACHUSETTS**

FILED
CLERKS OFFICE
2003 DEC 24 A 11: 38
U.S. DISTRICT COURT
DISTRICT OF MASS.

FIRST ACT INC.

V.

KIDZ TOYZ, INC. and CHRISTMAS TREE SHOPS, INC.

SUMMONS IN A CIVIL CASE

CASE NUMBER:

# 03-12507 EFH

TO: (Name and address of defendant)

Kidz Toyz, Inc.
222 Mamaroneck Avenue, Suite 207A
White Plains, NY 10605

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Joel R. Leeman, Esq.
BROMBERG & SUNSTEN LLP
125 Summer Street
Boston, MA 02110

an answer to the complaint which is herewith served upon you, within ___**20 (twenty)**___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
_____
CLERK

_____
(BY) DEPUTY CLERK

December 12, 2003
_____
DATE

AO 440 (Rev. 10/93) Summons in a Civil Action -SDNY WEB 4/99

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me¹ | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
              Date                                                          Signature of Server

_____
Address of Server

SCANNED
DATE: 12/24/03
BY: [signature]

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
-----------------------------------------------------------X
FIRST ACT INC.,

        Plaintiff(s),

  -against-

KIDZ TOYZ, INC., ET AL.,

        Defendant(s).
-----------------------------------------------------------X

Index No. 03-12507-EFH

AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
                     S.S.:
COUNTY OF ROCKLAND  )

      DAVID KSIAZEK, being duly sworn, deposes and says that he is over the age of eighteen years, is an agent for the attorney service, Beacon Hill Research, Inc., and is not a party to this action.

      That on the 17TH day of December, 2003, at approximately 2:55 PM, deponent served a true copy of the SUMMONS, COMPLAINT AND JURY DEMAND, CIVIL COVER SHEET, FIRST ACT'S LOCAL RULE 7.3 STATEMENT, FIRST ACT'S MOTION FOR PRELIMINARY INJUNCTION AND MEMORANDUM IN SUPPORT upon KIDZ TOYZ, INC. at 222 Mamaroneck Avenue, Suite 207A, White Plains, New York 10605, by personally delivering and leaving the same with SCOTT SPIEGEL, who informed deponent that he is an president authorized by KIDZ TOYZ, INC. to receive service at that address.

      SCOTT SPIEGEL is a white male, approximately 42 years of age, stands approximately 5 feet 9 inches tall, weighs approximately 170 pounds with brown and gray hair, brown eyes and glasses.

_____
DAVID KSIAZEK #0974523

Sworn to before me this
19th day of December, 2003

_____
NOTARY PUBLIC

Notary Public, State of New York
Qualified in Rockland County
No. 01-4912156
Cert. Filed in New York County
Commission Expires Oct. 31 2005