# United States District Court

_____ DISTRICT OF _____ MASSACHUSETTS

FILED
IN CLERK'S OFFICE

FIRST ACT INC.

2003 DEC 24  A 11: 38

**SUMMONS IN A CIVIL CASE**

U.S. DISTRICT COURT
DISTRICT OF MASS.

V.

CASE NUMBER:

KIDZ TOYZ, INC. and CHRISTMAS TREE SHOPS, INC.

03-12507 EFH

TO: (Name and address of defendant)

Christmas Tree Shops, Inc.
261 White's Path
South Yarmouth, MA  02664

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Joel R. Leeman, Esq.
BROMBERG & SUNSTEN LLP
125 Summer Street
Boston, MA  02110

an answer to the complaint which is herewith served upon you, within _____20 (twenty)_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

_December 12, 2003_
DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 12/16/03 |
| NAME OF SERVER (PRINT) James J. Murray | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

[X] Served personally upon the defendant. Place where served: Christmas Tree Shops, 261 Whites Path, South Yarmouth, MA—accepted by Elizabeth A. Roderick.

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 12/16/03
Date

Signature of Server

6 Beacon Street, Suite 825
Address of Server
Boston, MA 02108

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.