UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERK'S OFFICE

2003 DEC 29  P 12: 36

U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| FIRST ACT INC. )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>KIDZ TOYZ, INC. and )<br>CHRISTMAS TREE SHOPS, INC. )<br>)<br>Defendants )<br>) | Civil Action No. 03-12507-EFH |

### STIPULATION TO ENLARGE PERIOD FOR DEFENDANT KIDZ TOYZ, INC. TO OPPOSE MOTION FOR PRELIMINARY INJUNCTION AND TO ANSWER COMPLAINT

Plaintiff, First Act Inc., and defendant Kidz Toyz, Inc. (the "Stipulating Parties") hereby stipulate to enlarge the period for defendant Kidz Toyz, Inc. to oppose the Motion for Preliminary Injunction and to answer the Complaint (served on or about December 17, 2003), through and including **Friday, January 16, 2004.**

In support of this Stipulation, the Stipulating Parties state that they are attempting to negotiate a resolution to this dispute. The Stipulating Parties respectfully request the Court's approval of this Stipulation.

| FIRST ACT INC. | KIDZ TOYZ, INC. |
|---|---|
| By its attorneys, | By its attorneys, |

| _____ | _____ |
|---|---|
| Joel R. Leeman (BBO # 292070) | Jason C. Kravitz (BBO #565904) |
| Erik Paul Belt (BBO# 558620) | Nicholas G. Papastavros (BBO # 635742) |
| BROMBERG & SUNSTEIN LLP | Nixon Peabody LLP |
| 125 Summer Street | 101 Federal Street |
| Boston, MA 02110-1618 | Boston, MA  02110 |
| Telephone:  (617) 443-9292 | Telephone:  (617) 345-1318 |

Dated: December 24, 2003

Having reviewed the above Stipulation, IT IS SO ORDERED.

DATED: _____

_____
Harrington, J.
United States District Judge



# NIXON PEABODY LLP
ATTORNEYS AT LAW

101 Federal Street
Boston, MA 02110-1832
(617) 345-1000
Fax: (617) 345-1300

Jason C. Kravitz
Direct Dial: (617) 345-1318
E-Mail: jkravitz@nixonpeabody.com

FILED
IN CLERKS OFFICE

2003 DEC 29  P 12: 36

U.S. DISTRICT COURT
DISTRICT OF MASS.

December 24, 2003

Civil Clerk
UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
Fan Pier
1 Courthouse Way
Boston, MA 02210

RE: First Act Inc. v. Kidz Toyz, Inc. and Christmas Tree Shops, Inc.
C.A. No. 03-12507-EFH

Dear Sir/Madam:

Enclosed for filing in connection with the above-entitled matter is Stipulation to Enlarge Period for Defendant Kidz Toyz, Inc. to Oppose Motion for Preliminary Injunction and to Answer Complaint.

Very truly yours,

Jason C. Kravitz

JCK/adb
Enclosure

BOS1340196.1