UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

*FILED
IN CLERKS OFFICE
2004 JAN 12 P 3: 17
U.S. DISTRICT COURT
DISTRICT OF MASS.*

|  |  |
|---|---|
| FIRST ACT INC., <br>      Plaintiff <br><br> v. <br><br> KIDZ TOYZ, INC. and <br> CHRISTMAS TREE SHOPS, INC., <br>      Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

Civil Action No. 03-12507-EFH

## STIPULATION TO ENLARGE PERIOD FOR DEFENDANT CHRISTMAS TREE SHOPS, INC. TO OPPOSE MOTION FOR PRELIMINARY INJUNCTION AND TO ANSWER COMPLAINT

Plaintiff, FIRST ACT INC., and Defendant, CHRISTMAS TREE SHOPS, INC., (the "Stipulating Parties") hereby stipulate to enlarge the period for Defendant, CHRISTMAS TREE SHOPS, INC., to oppose the Motion for Preliminary Injunction and to answer the Complaint (served on or about December 16, 2003), through and including **Friday, January 23, 2004**.

In support of this Stipulation, the Stipulating Parties state that they are attempting to negotiate a resolution to this dispute. The Stipulating Parties respectfully request the Court's approval of this Stipulation.

FIRST ACT INC.

By its attorneys,

Joel R. Leeman (BBO #292070)
Erik Paul Belt (BBO #558620)
BROMBERG & SUNSTEIN LLP
125 Summer Street
Boston, MA 02110-1618
Telephone: (617) 443-9292

Dated:  January 7, 2004

CHRISTMAS TREE SHOPS, INC.

By its attorney,

G. Arthur Hyland, Jr. (BBO #545488)
MURPHY AND MURPHY
243 South Street, P.O. Box M
Hyannis, MA 02601
Telephone: (508) 775-3116

Having reviewed the above Stipulation, IT IS SO ORDERED.

Dated: _____

_____
Harrington , J.
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the Stipulation to Enlarge Period for Defendant, CHRISTMAS TREE SHOPS, INC., to Oppose Motion for Preliminary Injunction and to Answer Complaint via U.S. Mail, postage prepaid to: Joel R. Leeman, Esq., BROMBERG & SUNSTEIN LLP, 125 Summer Street, Boston, MA 02110-1618; and Jason C. Kravitz, Esq., NIXON PEABODY, LLP, 101 Federal Street, Boston, MA 02110, this 9th day of January, 2004.

Respectfully submitted,
DEFENDANT, CHRISTMAS TREE SHOPS, INC.

By:_____
G. Arthur Hyland, Jr., its attorney
MURPHY AND MURPHY
243 South Street, Box M
Hyannis, MA 02601
508-775-3116
BBO #545488