UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| FIRST ACT INC. | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 03-12507-EFH |
| | ) | |
| KIDZ TOYZ, INC. and | ) | |
| CHRISTMAS TREE SHOPS, INC. | ) | |
| | ) | |
| Defendants | ) | |

## THIRD STIPULATION TO ENLARGE PERIOD FOR DEFENDANT KIDZ TOYZ, INC. TO OPPOSE MOTION FOR PRELIMINARY INJUNCTION AND TO ANSWER COMPLAINT

Plaintiff, First Act Inc., and defendant Kidz Toyz, Inc. (the "Stipulating Parties") hereby stipulate to enlarge the period for defendant Kidz Toyz, Inc. to oppose the Motion for Preliminary Injunction and to answer the Complaint (served on or about December 17, 2003), through and including **Friday, February 13, 2004.**

In support of this Stipulation, the Stipulating Parties state that they are attempting to negotiate a resolution to this dispute. The Stipulating Parties are optimistic that this dispute can be resolved by agreement and respectfully request the Court's approval of this Stipulation.

FIRST ACT INC.

By its attorneys,

_Joel R. Leeman (JCK)_

Joel R. Leeman (BBO # 292070)
Erik Paul Belt (BBO# 558620)
BROMBERG & SUNSTEIN LLP
125 Summer Street
Boston, MA 02110-1618
Telephone: (617) 443-9292


Dated: January 29, 2004

KIDZ TOYZ, INC.

By its attorneys,

_Jason C. Kravitz_

Jason C. Kravitz (BBO # 565904)
Nicholas G. Papastavros (BBO # 635742)
Nixon Peabody LLP
101 Federal Street
Boston, MA  02110
Telephone:  (617) 345-1318


Having reviewed the above Stipulation, IT IS SO ORDERED.


DATED: _____

_____
Harrington, J.
United States District Judge

2

BOS1349345.1