UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FIRST ACT INC.<br><br>      Plaintiff<br><br>v.<br><br>KIDZ TOYZ, INC. and<br>CHRISTMAS TREE SHOPS, INC.<br><br>      Defendants | Civil Action No. 03-12507-EFH |

**FOURTH STIPULATION TO ENLARGE PERIOD FOR DEFENDANT
KIDZ TOYZ, INC. TO OPPOSE MOTION FOR PRELIMINARY
INJUNCTION AND TO ANSWER COMPLAINT**

Plaintiff, First Act Inc., and defendant Kidz Toyz, Inc. (the "Stipulating Parties") hereby stipulate to enlarge the period for defendant Kidz Toyz, Inc. to oppose the Motion for Preliminary Injunction and to answer the Complaint (served on or about December 17, 2003), through and including **Monday, February 23, 2004.**

In support of this Stipulation, the Stipulating Parties state that they are attempting to negotiate a resolution to this dispute. The Stipulating Parties are optimistic that this dispute can be resolved by agreement and respectfully request the Court's approval of this Stipulation.

1

BOS1349345.1

| FIRST ACT INC. | KIDZ TOYZ, INC. |
|---|---|
| By its attorneys, | By its attorneys, |
| *[signature]* Joel R Leeman (JcL) | *[signature]* |
| Joel R. Leeman (BBO # 292070) | Jason C. Kravitz (BBO # 565904) |
| Erik Paul Belt (BBO# 558620) | Nicholas G. Papastavros (BBO # 635742) |
| BROMBERG & SUNSTEIN LLP | Nixon Peabody LLP |
| 125 Summer Street | 101 Federal Street |
| Boston, MA 02110-1618 | Boston, MA 02110 |
| Telephone: (617) 443-9292 | Telephone: (617) 345-1318 |

Dated: February 12, 2004

Having reviewed the above Stipulation, IT IS SO ORDERED.

DATED: _____

_____
Harrington, J.
United States District Judge

2

BOS1349345.1