UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| FIRST ACT INC., ) | |
| ) | |
| Plaintiff ) | |
| ) | Civil Action No. 03-12507-EFH |
| v. ) | |
| ) | |
| KIDZ TOYZ, INC. and CHRISTMAS TREE SHOPS, INC. ) | |
| ) | |
| Defendants. ) | |

**Second Stipulation to Enlarge Period for Defendant
CHRISTMAS TREE SHOPS, INC. to Oppose Motion for
Preliminary Injunction and to Answer Complaint**

Plaintiff, FIRST ACT INC., and Defendant, CHRISTMAS TREE SHOPS, INC., (the "Stipulating Parties") hereby stipulate to enlarge the period for Defendant, CHRISTMAS TREE SHOPS, INC., to oppose the Motion for Preliminary Injunction and to Answer the Complaint (served on or about December 16, 2003), through and including **Friday, March 12, 2004**.

In support of this Stipulation, the Stipulating Parties state that they are attempting to negotiate a resolution to this dispute. The Stipulating Parties respectfully request the Court's approval of this Stipulation.

FIRST ACT INC.
By its attorneys,

_____
Joel R. Leeman (BBO #292070)
Erik Paul Belt (BBO #558620)
BROMBERG & SUNSTEIN LLP
125 Summer Street
Boston, MA 02110-1618
Telephone: (617) 443-9292

Dated: February 18, 2004

CHRISTMAS TREE SHOPS, INC.
By its attorney,

_____
G. Arthur Hyland, Jr. (BBO #545488)
MURPHY AND MURPHY
243 South Street, P.O. Box M
Hyannis, MA 02601
Telephone: (508) 775-3116

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the Second Stipulation to Enlarge Period for Defendant, CHRISTMAS TREE SHOPS, INC., to Oppose Motion for Preliminary Injunction and to Answer Complaint via U.S. Mail, postage prepaid to: Joel R. Leeman, Esq., BROMBERG & SUNSTEIN LLP, 125 Summer Street, Boston, MA 02110-1618; and Jason C. Kravitz, Esq., NIXON PEABODY, LLP, 101 Federal Street, Boston, MA 02110, this 18th day of February, 2004.

Respectfully submitted,
DEFENDANT, CHRISTMAS TREE SHOPS, INC.

By: _____
G. Arthur Hyland, Jr., its attorney
MURPHY AND MURPHY
243 South Street, Box M
Hyannis, MA 02601
508-775-3116
BBO #545488