## UNITED STATES DISTRICT COURT

## DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

FIRST ACT INC.,
            Plaintiff

v.                             CIVIL ACTION NO.:
                                      03-12507-EFH

KIDZ TOYZ, INC., ET AL.,
            Defendants.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## SCHEDULING ORDER

February 24, 2004

HARRINGTON, S.D.J.

    A scheduling conference in this case is scheduled for **Tuesday, March 16, 2004**, at 2:00 P.M. in Courtroom No. 19 on the Seventh Floor.

    SO ORDERED.

                                                   /s/ Edward F. Harrington
                                                   EDWARD F. HARRINGTON
                                                   United States Senior District Judge