# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FIRST ACT INC.,<br>                Plaintiff<br><br>v.<br><br>KIDZ TOYZ, INC., ET AL.,<br>                Defendants. | CIVIL ACTION NO.:<br>03-12507-EFH |

## ORDER OF DISMISSAL

March 17, 2004

HARRINGTON, S.D.J.

    The above-entitled case, having been reported settled by the parties, is hereby dismissed.

    SO ORDERED.

                                                    /s/ Edward F. Harrington<br>
                                                    EDWARD F. HARRINGTON<br>
                                                    United States Senior District Judge